ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| LUIS G. CACHO<br><br>Parte Recurrido<br><br><br>V.<br><br><br>KAMEL IMPORTS, INC.;<br>TROPICAL TASTE,<br>PERSONA A, B, C Y D Y<br>OTROS<br><br>Parte Recurrente<br><br><br>MUNICIPIO AUTÓNOMO DE<br>SAN JUAN; Y AUTORIDAD<br>DE ACUEDUCTOS Y<br>ALCANTARILLADOS (AAA)<br><br>Pare de Interés | TA2026CE00753 | *CERTIORARI*<br>procedente del<br>Tribunal de<br>Primera<br>Instancia Sala<br>Superior de San<br>Juan<br>_____<br>Caso Núm.:<br>SJ2026CV04132<br>_____<br>SOBRE:<br><br>INJUNCTION<br>(ENTREDICHO<br>PROVISIONAL,<br>INJUNCTION<br>PRELIMINAR Y<br>PERMANENTE) |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 24 de junio de 2026.

Examinado el *Recurso de Certiorari* presentado por el Dulce Colibrí, Inc., el 12 de junio de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*